**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1062**

ANTHONY E. WHITE,

                    Plaintiff - Appellant,

          v.

CATERPILLAR LOGISTICS, INC.,

                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, Senior
District Judge.  (5:13-cv-00684-F)

Submitted:  May 28, 2015          Decided:  August 14, 2015

Before SHEDD, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony E. White, Appellant Pro Se.  Christina Forte Meddin,
John Thomas Murray, SEYFARTH SHAW, LLP, Atlanta, Georgia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony E. White appeals the district court's order denying relief on his racial discrimination and retaliation claims filed pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 (2012).[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. White v. Caterpillar Logistics, Inc., No. 5:13-cv-00684-F (E.D.N.C. Dec. 16, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] On appeal, White does not contest the district court's disposition of his racial harassment and failure to hire or promote claims. He has therefore forfeited appellate review of those claims. See 4th Cir. R. 34(b); Wahi v. Charleston Area Med. Ctr., Inc., 562 F.3d 599, 607 (4th Cir. 2009) (limiting appellate review to arguments raised in the brief).